U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW HAMPSHIRE

2005 DEC 21  A 7: *

UNITED STATES OF AMERICA

v.                                    Case No. 99-cr-112-03-SM

Robin Goss

## WARRANT FOR ARREST

TO:  The United States Marshal
     and any Authorized United States Officer

   YOU ARE HEREBY COMMANDED to arrest Robin Goss and bring her forthwith to the nearest magistrate judge to answer a Petition charging her with

   Violation of Condition of Supervised Release . *See* Petition attached.

DATE: December 16, 2005

ISSUED BY:
_____
Judith Barrett
Deputy Clerk

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at | | |
| 55 Pleasant St., Concord, N.H. | | |
| DATE RECEIVED<br>12/16/2005 | NAME AND TITLE OF ARRESTING OFFICER<br><br>Brenda Mikelson<br>Deputy U.S. Marshal | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST<br>12/19/2005 | | |