**UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE**

<u>United States of America</u>

     v.                                    Criminal No. 99-cr-094-04-SM
                                                      99-cr-112-04-SM

<u>Robin M. Goss</u>

**<u>O R D E R</u>**

Defendant appeared for a bail revocation hearing pursuant to 18 U.S.C. § 3148.  Only hours after her release on bail defendant was arrested by the Hooksett Police for driving under the influence.  She has not admitted to DUI but does admit to consuming alcohol.  No consumption was a bail condition.  Given the number of failed opportunities to comply with conditions I find that the defendant is unlikely to abide by any condition or combination of conditions.  The conditions of release are revoked.

Accordingly, it is **<u>ORDERED</u>** that the defendant be detained pending trial.

The defendant is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal.  The defendant shall be afforded a reasonable

opportunity for private consultation with defense counsel.  On
order of a court of the United States or on request of an
attorney for the government, the person in charge of the
corrections facility shall deliver the defendant to the United
States Marshal for the purpose of an appearance in connection
with a court proceeding.

     **SO ORDERED.**

_____
James R. Muirhead
United States Magistrate Judge

Date: December 21, 2005

cc:   Mark A. Irish, AUSA
      Michael Sheehan, Esq.
      U.S. Marshal
      U.S. Probation