# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW HAMPSHIRE



U.S. DISTRICT COURT
DISTRICT OF N.H.
FILED

2005 DEC 23  A 8:

UNITED STATES OF AMERICA

v.

Criminal No. 99-cr-94-04-M
Criminal No. 99-cr-112-04-M

Robin Goss

## WARRANT FOR ARREST

TO:  The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest Robin Goss and bring her forthwith to the nearest magistrate judge to answer a Superseding Petition charging her with

Violations of Conditions of supervised release. See Superseding Petition attached.

ISSUED BY:

DATE: December 20, 2005

Deborah A. Eastman-Prouix
Deputy Clerk

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at |||
| 55 Pleasant St. Concord, N.H. |||
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| 12/20/2005 | Jamie Berry<br>Deputy U.S.Marshal | |
| DATE OF ARREST | | |
| 12/20/2005 | | |