AO 245D (Rev. 06/05) Judgment in a Criminal Case for Revocation - Sheet 1

# United States District Court
## District of New Hampshire

UNITED STATES OF AMERICA

v.

**ROBIN GOSS**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses committed on or after November 1, 1987)

Case Number: **99-cr-94-001-SM** and
**99-cr-112-001-SM**

Michael Sheehan, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[x]  admitted guilt to violation of condition(s) **1 and 3** of the term of supervision.
[x]  entered a nolo plea to violation of condition(s) __**2**__ of the term of supervision.
[ ]  was found in violation of condition(s) ___ after denial of guilt.

**ACCORDINGLY**, the court has adjudicated that the defendant is guilty of the following violation(s):

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]  The defendant has not violated condition(s) ___ and is discharged as to such violation(s) condition.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

February 6, 2006
Date of Imposition of Sentence

_Signature of Judicial Officer_

**STEVEN J. MCAULIFFE**
Chief Judge
Name & Title of Judicial Officer

February 6, 2006
Date

AO 245D (Rev. 06/05) Judgment in a Criminal Case for Revocation - Sheet 2

| | | Judgment - Page 2 of 3 |
|---|---|---|
| CASE NUMBER: | 99-cr-94-001-SM | |
| DEFENDANT: | ROBIN GOSS | |

## ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1 | The supervisee did illegally possess a controlled substance, to wit: cocaine, as evidenced by a urinalysis test collected from her on 12/3/2005, which returned with positive results for the presence of cocaine metabolites, in violation of 21 USC § 844(a) | 12/3/05 |
| 2 | The releasee did commit the crime of Driving While Intoxicated, subsequent, in violation of NH RSA 265:82-B, II(a)(3)-(6) | 12/19/05 |
| 3 | The Releasee made a verbal admission to the probation officer that she consumed alcohol during the evening of 12/19/05. | 12/20/05 |

AO 245D (Rev. 06/05) Judgment in a Criminal Case for Revocation - Sheet 2 - Imprisonment

| | |
|---|---|
| CASE NUMBER: 99-cr-94-001-SM | Judgment - Page 3 of 3 |
| DEFENDANT: ROBIN GOSS | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of **12 months**.

[ ] The court makes the following recommendations to the Bureau of Prisons:

[x] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
  [ ] at _ on _.
  [ ] as notified by the United States Marshal.

[ ] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  [ ] before _ on _.
  [ ] as notified by the United States Marshal.
  [ ] as notified by the Probation or Pretrial Services Officer.

### RETURN

I have executed this judgment as follows:

Defendant delivered on _May 8, 2006_ to _FDC PHL_ at _700 Arch Street, Phila., PA 19105_, with a certified copy of this judgment.

Troy Levi, WARDEN
~~UNITED STATES MARSHAL~~

By _____ LIE
Deputy U.S. Marshal